**GARTEISER HONEA, P.C.**
Randall T. Garteiser (SBN 231821)
Christopher A. Honea (SBN 232473)
44 North San Pedro Road
San Rafael, California 94903
[Tel.] (415) 785-3762
[Fax] (415) 785-3805
randall.garteiser@sftrialattorneys.com
chris.honea@sftrialattorneys.com

**NELSON BUMGARDNER CASTO, P.C.**
Barry J. Bumgardner (*Pro Hac Vice*)
Steven W. Hartsell (*Pro Hac Vice*)
3131 West 7th Street, Suite 300
Fort Worth, Texas 76107
[Tel.] (817) 377-9111
[Fax] (817) 377-3485
barry@nbclaw.net
shartsell@nbclaw.net

(Counsel Continued on Subsequent Page)
**ATTORNEYS FOR PLAINTIFF GPNE CORP.**

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| GPNE CORP., <br><br> Plaintiff, <br><br> vs. <br><br> AMAZON.COM, INC., <br><br> Defendant. | Civil No. 5:12-CV-03055-LHK <br><br> **JURY TRIAL DEMANDED** <br><br> **STIPULATED REQUEST AND [PROPOSED] ORDER TO EXTEND TIME TO RESPOND TO GPNE'S FIRST AMENDED COMPLAINT** |
|---|---|

**BURNS & LEVINSON LLP**
Howard J. Susser (*Pro Hac Vice*)
Paul T. Muniz (*Pro Hac Vice*)
Zachary R. Gates (*Pro Hac Vice*)
Alexandra Capachietti (*Pro Hac Vice*)
125 Summer Street
Boston, Massachusetts  02110-1624
[Tel.] (617) 345-3000
[Fax] (617) 345-3299
hsusser@burnslev.com
pmuniz@burnlev.com
zgates@burnslev.com
acapachietti@burnslev.com

**ATTORNEYS FOR PLAINTIFF GPNE CORP.**

Plaintiff GPNE Corp. ("GPNE") and Defendant Amazon.com, Inc. ("Amazon") hereby jointly move for an order approving their stipulation and would show the Court as follows:

1. On October 24, 2012, GPNE filed its First Amended Complaint (Dkt. No. 328).
2. The parties have conferred and GPNE has stipulated that Amazon may have until November 27, 2012 to respond to the First Amended Complaint.  If Amazon's response is a motion pursuant to Rule 12, the parties agree that Amazon's answer shall be due 14 days after resolution of the motion, if an answer is thereafter required.
3. The parties request that the Court enter an Order adopting the Stipulation to Extend the Deadline for Amazon to Respond to GPNE's First Amended Complaint as the Order of the Court.

Dated: November 13, 2012                          Respectfully Submitted,

/s/ Randall T. Garteiser
**GARTEISER HONEA, P.C.**
Randall T. Garteiser (SBN 231821)
Christopher A. Honea (SBN 232473)
44 North San Pedro Road
San Rafael, California 94903
[Tel.] (415) 785-3762
[Fax] (415) 785-3805
randall.garteiser@sftrialattorneys.com
chris.honea@sftrialattorneys.com

**NELSON BUMGARDNER CASTO, P.C.**
Barry J. Bumgardner (*Pro Hac Vice*)
Steven W. Hartsell (*Pro Hac Vice*)
3131 West 7th Street, Suite 300
Fort Worth, Texas 76107
[Tel.] (817) 377-9111
[Fax] (817) 377-3485
barry@nbclaw.net
shartsell@nbclaw.net

**BURNS & LEVINSON LLP**
Howard J. Susser (*Pro Hac Vice*)
Paul T. Muniz (*Pro Hac Vice*)
Zachary R. Gates (*Pro Hac Vice*)
Alexandra Capachietti (*Pro Hac Vice*)

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

125 Summer Street
Boston, Massachusetts  02110-1624
[Tel.] (617) 345-3000
[Fax] (617) 345-3299
hsusser@burnslev.com
pmuniz@burnlev.com
zgates@burnslev.com
acapachietti@burnslev.com

**ATTORNEYS FOR PLAINTIFF GPNE CORP.**

/s/ Robert T. Cruzen
Robert T. Cruzen
Jeffrey S. Love
Andrew Mason
KLARQUIST SPARKMAN, LLP
One World Trade Center
121 S.W. Salmon Street, Suite 1600
Portland, Oregon  97204-2988
503-595-5300 - phone
robert.cruzen@klarquist.com
jeffrey.love@klarquist.com
andrew.mason@klarquist.com

**ATTORNEYS FOR AMAZON.COM, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on November 13, 2012, I electronically submitted the foregoing STIPULATION TO EXTEND THE DEADLINE FOR AMAZON TO RESPOND TO GPNE'S FIRST AMENDED COMPLAINT using the electronic case files system of the court.  The electronic case files system sent a "Notice of Electronic Filing" to individuals who have consented in writing to accept this Notice as service of this document by electronic means.

/s/ Randall T. Garteiser
Randall T. Garteiser

# ~~PROPOSED~~ ORDER

Having reviewed the parties **STIPULATED REQUEST TO EXTEND TIME TO RESPOND TO GPNE'S FIRST AMENDED COMPLAINT,** and good cause appearing therefore, IT IS HEREBY ORDERED:

The parties' Stipulated Request is GRANTED.

Amazon shall respond to GPNE's Amended Complaint on or before November 27, 2012. If Amazon's response is a motion pursuant to Rule 12, Amazon's answer shall be due 14 days after resolution of the motion, if an answer is thereafter required.

Dated: November 14, 2012

*Lucy H. Koh*

Hon. Lucy H. Koh
United States District Judge