**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

| | |
|---|---|
| GPNE CORP., <br><br> Plaintiff, <br><br> vs. <br><br> AMAZON.COM, INC., <br><br> Defendant. | Civil No. 5:12-CV-03055-LHK <br><br> [PROPOSED] ORDER GRANTING UNOPPOSED MOTION TO SERVE AMENDED INFRINGEMENT CONTENTIONS |

Before the Court is Plaintiff GPNE Corp.'s Unopposed Motion for Leave to Serve Amended Infringement Contentions. Having considered the Motion, and finding that good cause exists, it is hereby ORDERED that GPNE shall serve amended contentions within five (5) business days of this Order.

Dated: November 14, 2012

*Lucy H. Koh*
Hon. Lucy H. Koh
United States District Judge