**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

| | |
|---|---|
| GPNE CORP., <br><br> Plaintiff, <br><br> vs. <br><br> AMAZON.COM, INC., <br><br> Defendant. | Civil No. 5:12-CV-03055-LHK <br><br> [PROPOSED] ORDER GRANTING UNOPPOSED MOTION FOR LEAVE TO FILE A FIRST AMENDED COMPLAINT |

Before the Court is Plaintiff GPNE Corp.'s Unopposed Motion for Leave to File a First Amended Complaint. Having considered the Motion, and finding that good cause exists, it is hereby ORDERED that GPNE shall file its First Amended Complaint within five (5) business days of this Order. This Order shall not be construed as altering Defendant Amazon's December 10, 2012 deadline to file its preliminary invalidity contentions.

Date: November 28, 2012

_Lucy H. Koh_
Lucy H. Koh
United States District Judge

Civil No. 5:12-CV-03055-LHK
[PROPOSED] ORDER GRANTING UNOPPOSED MOTION FOR LEAVE TO FILE A FIRST AMENDED COMPLAINT