# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GPNE CORP.<br><br>            Plaintiff(s),<br><br>   v.<br><br>AMAZON.COM, INC.<br><br>            Defendant(s). | Case No: 5:12-CV-03055<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**<br>(CIVIL LOCAL RULE 11-3) |

I, Andrew M. Mason, an active member in good standing of the bar of Oregon, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Amazon.com, Inc. in the above-entitled action. My local co-counsel in this case is Jeffrey E. Faucette, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Klarquist Sparkman, LLP<br>121 SW Salmon St., Ste. 1600, Portland, OR | Skaggs Faucette LLP<br>One Embarcadero Ctr., Ste. 500, SF, CA 94111 |
| MY TELEPHONE # OF RECORD:<br>(503) 595-5300 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(415) 315-1669 |
| MY EMAIL ADDRESS OF RECORD:<br>andrew.mason@klarquist.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>jeff@skaggsfaucette.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 111590.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 03/28/13                                                                                         Andrew M. Mason
                                                                                                                        APPLICANT

---

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Andrew M. Mason is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: March 29, 2013

*Lucy H. Koh*
Lucy H. Koh
United States District Judge

*PRO HAC VICE* APPLICATION & ORDER