UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GNPE Corp., | ) Case No.: 12-CV-03055-LHK |
| Plaintiff, | ) |
| v. | ) ORDER REGARDING JOINT |
| | ) STIPULATION TO STAY CASE |
| Amazon.com, Inc., | ) |
| Defendant. | ) |

The Court appreciates the parties' efforts to resolve their dispute and welcomes the parties' news that they have reached an agreement in principle to settle their respective claims. However, if the Court stays the case now, the Court will not to hold another claim construction hearing if the parties' settlement is not effectuated. Consequently, the Court will not stay the parties' case and encourages the parties to file their stipulation of dismissal by Wednesday, June 5, 2013.

**IT IS SO ORDERED.**

Dated:  May 31, 2013

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

1