UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GNPE Corp., | Case No.: 12-CV-03055-LHK |
| Plaintiff, | |
| v. | ORDER CLARIFYING THAT MAY 31, 2013 ORDER DENIED THE PARTIES' REQUEST TO STAY THE CASE |
| Amazon.com, Inc., | |
| Defendant. | |

On May 31, 2013, this Court issued an Order in which the Court stated that it was denying GPNE Corp. and Amazon.com, Inc.'s request to stay the case. In the description of the Order on the electronic case docket, the Court inadvertently described the order as an Order "granting" the parties' request for a stay. The Court clarifies that, as stated in the text of the May 31, 2013 Order, GPNE and Amazon's request to stay the case is DENIED.

As stated in the May 31, 2013 Order, the Court appreciates the parties' efforts to resolve their dispute and welcomes the parties' news that they have reached an agreement in principle to settle their respective claims. However, if the Court stays the case now, the Court will not to hold another claim construction hearing if the parties' settlement is not effectuated. Consequently, the Court will not stay the parties' case and encourages the parties to file their stipulation of dismissal by Wednesday, June 5, 2013.

1  **IT IS SO ORDERED.**

2  Dated: June 5, 2013

                                           LUCY H. KOH
3                                             United States District Judge

2

Case No.: 12-CV-02885-LHK
ORDER CLARIFYING THAT MAY 31, 2013 ORDER DENIED THE PARTIES' REQUEST TO STAY THE CASE