| | |
|---|---|
| **GARTEISER HONEA, P.C.**<br>Randall T. Garteiser (SBN 231821)<br>Christopher A. Honea (SBN 232473)<br>44 North San Pedro Road<br>San Rafael, California 94903<br>[Tel.] (415) 785-3762<br>[Fax] (415) 785-3805<br>randall.garteiser@sftrialattorneys.com<br>chris.honea@sftrialattorneys.com<br><br>**NELSON BUMGARDNER CASTO, P.C.**<br>Barry J. Bumgardner (*Pro Hac Vice*)<br>Steven W. Hartsell (*Pro Hac Vice*)<br>3131 West 7th Street, Suite 300<br>Fort Worth, Texas 76107<br>[Tel.] (817) 377-9111<br>[Fax] (817) 377-3485<br>barry@nbclaw.net<br>shartsell@nbclaw.net<br><br>(Counsel Continued on Subsequent Page)<br>**ATTORNEYS FOR PLAINTIFF GPNE CORP.** | **KLARQUIST SPARKMAN, LLP**<br>Robert T. Cruzen<br>Jeffrey S. Love<br>Andrew Mason<br>One World Trade Center<br>121 S.W. Salmon Street, Suite 1600<br>Portland, Oregon 97204-2988<br>503-595-5300 - phone<br>robert.cruzen@klarquist.com<br>jeffrey.love@klarquist.com<br>andrew.mason@klarquist.com<br><br>**ATTORNEYS FOR AMAZON.COM, INC.** |

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| GPNE CORP.,<br><br>        Plaintiff,<br><br>   vs.<br><br>AMAZON.COM, INC.,<br><br>        Defendant. | Civil No. 5:12-CV-03055-LHK<br><br>**JURY TRIAL DEMANDED**<br><br>**STIPULATED JOINT MOTION TO DISMISS DEFENDANT AMAZON.COM, INC. WITH PREJUDICE** |

1  **BURNS & LEVINSON LLP**
   Howard J. Susser (*Pro Hac Vice*)
2  Paul T. Muniz (*Pro Hac Vice*)
   Zachary R. Gates (*Pro Hac Vice*)
3  Alexandra Capachietti (*Pro Hac Vice*)
   125 Summer Street
4  Boston, Massachusetts 02110-1624
   [Tel.] (617) 345-3000
5  [Fax] (617) 345-3299
   hsusser@burnslev.com
6  pmuniz@burnlev.com
   zgates@burnslev.com
7  acapachietti@burnslev.com
8
   **ATTORNEYS FOR PLAINTIFF GPNE CORP.**
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# STIPULATED JOINT MOTION TO
# DISMISS DEFENDANT AMAZON.COM, INC. WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(2), Plaintiff GPNE Corp. ("GPNE"), and Defendant Amazon.com, Inc. ("Amazon") hereby move the Court to dismiss with prejudice all claims and counterclaims asserted by either party in this case. GPNE on the one hand, and Amazon, on the other hand, agree that each party shall bear its own fees and expenses.

A proposed order is being filed herewith.

Dated: August 29, 2013               Respectfully Submitted,

/s/ Randall Garteiser
**GARTEISER HONEA, P.C.**
Randall T. Garteiser (SBN 231821)
Christopher A. Honea (SBN 232473)
44 North San Pedro Road
San Rafael, California 94903
[Tel.] (415) 785-3762
[Fax] (415) 785-3805
randall.garteiser@sftrialattorneys.com
chris.honea@sftrialattorneys.com

**NELSON BUMGARDNER CASTO, P.C.**
Barry J. Bumgardner (*Pro Hac Vice*)
Steven W. Hartsell (*Pro Hac Vice*)
3131 West 7th Street, Suite 300
Fort Worth, Texas 76107
[Tel.] (817) 377-9111
[Fax] (817) 377-3485
barry@nbclaw.net
shartsell@nbclaw.net

**BURNS & LEVINSON LLP**
Howard J. Susser (*Pro Hac Vice*)
Paul T. Muniz (*Pro Hac Vice*)
Zachary R. Gates (*Pro Hac Vice*)
Alexandra Capachietti (*Pro Hac Vice*)
125 Summer Street
Boston, Massachusetts 02110-1624
[Tel.] (617) 345-3000
[Fax] (617) 345-3299
hsusser@burnslev.com
pmuniz@burnlev.com

zgates@burnslev.com
acapachietti@burnslev.com

**ATTORNEYS FOR PLAINTIFF GPNE CORP.**

/s/ Robert T. Cruzen
Robert T. Cruzen
Jeffrey S. Love
Andrew Mason
KLARQUIST SPARKMAN, LLP
One World Trade Center
121 S.W. Salmon Street, Suite 1600
Portland, Oregon  97204-2988
503-595-5300 - phone
robert.cruzen@klarquist.com
jeffrey.love@klarquist.com
andrew.mason@klarquist.com

**ATTORNEYS FOR AMAZON.COM, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on August 29, 2013, I electronically submitted the foregoing STIPULATED JOINT MOTION TO DISMISS DEFENDANT AMAZON.COM, INC. WITH PREJUDICE using the electronic case files system of the court.  The electronic case files system sent a "Notice of Electronic Filing" to individuals who have consented in writing to accept this Notice as service of this document by electronic means.

/s/ Randall Garteiser
Randall T. Garteiser