UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| GPNE CORP., <br><br> Plaintiff, <br><br> vs. <br><br> AMAZON.COM, INC., <br><br> Defendant. | Civil No. 5:12-CV-03055-LHK |

# [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE

Before the Court is Plaintiff GPNE Corp. ("GPNE") and Defendant Amazon.com, Inc.'s ("Amazon") Joint Motion to Dismiss Defendant Amazon.com, Inc. With Prejudice. Having considered the motion, the Court is of the opinion that it is well taken and should be GRANTED.

The Court therefore ORDERS that all claims and counterclaims asserted as to GPNE and Amazon in this case are DISMISSED WITH PREJUDICE pursuant to Federal Rule of Civil Procedure 41(a)(2). Each party shall bear its own fees and expenses.

Dated:   09/03/2013

_____
Hon. Lucy H. Koh
United States District Judge